UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

|  |  |  |
|---|---|---|
| MICHAEL JOHNSON, | ) | |
| Plaintiff, | ) ) ) | NO. CV-09-3075-CI |
| v. | ) ) | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security, | ) ) ) | **JUDGMENT IN A<br>  CIVIL CASE** |
| Defendant. | ) ) ) | |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**. The case is **REVERSED AND REMANDED** to the Commissioner for additional proceedings. Defendant's Motion for Summary Judgment is **DENIED** and Judgment is entered for Plaintiff.

DATED: October 27, 2010

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal
Deputy Clerk